# Baker
# McKenzie.

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

November 14, 2019

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/19

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Room 2203
New York, NY 10007

**Re: *Helen Swartz vs. 27 Street Equities LLC*, Case No. 1:19-cv-08428-RA (the "Case")**

Dear Judge Abrams,

The parties in the above-referenced Case are engaged in settlement negotiations. As such, the parties wish to stay all pending deadlines related to this Case until December 1, 2019, including the deadline for defendant to respond to the complaint. If the parties have not resolved the Case by December 1, 2019, they will so advise the Court.

On November 14, 2019, undersigned counsel for defendant spoke with Mr. Larry Fuller, counsel for plaintiff, on the phone, during which call Mr. Fuller consented to the relief requested herein.

Sincerely,

L Andrew S. Riccio
+1 212 626 4229
andrew.riccio@bakermckenzie.com

Cc: Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
*Counsel for Plaintiff*

By email and ECF Notification: Lfuller@fullerfuller.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
11/15/2019

Baker & McKenzie LLP is a member of Baker & McKenzie International.